IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coleman, Zella M

Printed: 9/23/08

Case Number: 07 B 18699
Judge: Wedoff, Eugene R
Filed: 10/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: June 10, 2008
Confirmed: November 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,746.18 |  |
| Secured: |  | 1,723.63 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 859.44 |
| Trustee Fee: |  | 163.11 |
| Other Funds: |  | 0.00 |
| Totals: | 2,746.18 | 2,746.18 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,510.50 | 859.44 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 331.00 | 62.27 |
| 4. | Cook County Treasurer | Secured | 2,895.73 | 70.38 |
| 5. | Westlake Financial Services | Secured | 16,808.99 | 1,590.98 |
| 6. | Beneficial Illinois Inc | Secured | 100.00 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 448.85 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 132.43 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 3.91 | 0.00 |
| 12. | World Financial Network Nat'l | Unsecured | 152.94 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 73.55 | 0.00 |
| 14. | Capital One | Unsecured | 338.56 | 0.00 |
| 15. | Wells Fargo Financial Illinois Inc | Unsecured | 183.77 | 0.00 |
| 16. | World Financial Network Nat'l | Unsecured | 115.20 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 56.61 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 1,362.19 | 0.00 |
| 19. | World Financial Network Nat'l | Unsecured | 180.40 | 0.00 |
| 20. | Verizon Wireless Midwest | Unsecured | 152.08 | 0.00 |
| 21. | World Financial Network Nat'l | Unsecured | 69.66 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 39.00 | 0.00 |
| 23. | Wells Fargo | Unsecured |  | No Claim Filed |
| 24. | 500 Fast Cash | Unsecured |  | No Claim Filed |
| 25. | Chase Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Coleman, Zella M | Case Number: 07 B 18699 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/23/08 | Filed: 10/11/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Membersource Credit Union | Unsecured | | No Claim Filed |
| 27. | Upfront Payday | Unsecured | | No Claim Filed |
| 28. | Net Cash | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,955.37 | $ 2,583.07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 76.78 |
| 6.5% | 86.33 |
| | _____ |
| | $ 163.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

